JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Web Payroll Service, Inc., <br>     Plaintiff, <br>     v. <br> Cachet Financial Services, et al., <br>     Defendants. | SACV 19-02267-JLS-ADS <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

On January 21, 2020, Defendant Cachet Financial Services ("Cachet") notified the Court that it had filed for Chapter 11 bankruptcy. Although Defendant Financial Business Group Holdings ("FBGH") is still apparently active (it has not timely filed an Answer to Plaintiff's Complaint), the Court finds that continued litigation of this case against only FBGH would be inefficient. *See* Fed. R. Civ. P. 1.

The Court so concludes for the following reasons: (1) this is a putative class action; (2) Plaintiff has alleged that FBGH is the parent corporation of Cachet; (3) Plaintiff has also alleged that its relevant contract is with Cachet; and (4) most of Plaintiff's Complaint does not disaggregate the two defendants. These factors suggest that, at least on the face of the Complaint, Defendants' roles in the alleged conduct are so intertwined as to militate against continued litigation while Cachet's bankruptcy is

1

pending.

     Accordingly, the Court ORDERS this action removed from the Court's active caseload until further application by the parties or Order of this Court. The Court also ORDERS that counsel for Plaintiff shall file semi-annual status reports commencing on September 24, 2020. All pending dates are VACATED by the Court.

DATED: March 24, 2020

                                     **JOSEPHINE L. STATON**
                                      JOSEPHINE L. STATON
                                      United States District Judge